# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ERROL LOVELL UNDERWOOD,           No. 2:17-cv-0174-CMK-P

    Plaintiff,

  vs.                                                  ORDER

RICHARD TAN, et. al.,

    Defendants.

/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       Plaintiff has not filed a complete[1] application to proceed in forma pauperis or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to

---

[1] Plaintiff has submitted, and the court has received, a prisoner trust fund account statement. However, only the statement was received. No application to proceed in forma pauperis has been received by the court. As the court is in receipt of the prisoner trust fund account statement, no additional account statement is required.

1

comply with court rules and orders.  See Local Rule 110.

         Accordingly, IT IS HEREBY ORDERED that:

         1.     Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

         2.     The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 7, 2017

                                                               **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE