IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD TAN, et al.,<br><br>　　　　Defendants. | No. 2:17-CV-0174-KJM-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for a 60-day extension of time to file an opposition to defendants' motion for summary judgment. See ECF No. 33. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file an opposition within 60 days of the date of this order.

　　　　IT IS SO ORDERED.


Dated: March 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1