IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD,<br><br>            Plaintiff,<br><br>     v.<br><br>R. TAN, et al.,<br><br>            Defendants. | No.  2:17-CV-0174-KJM-DMC-P<br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is plaintiff's motion for an extension of time to file an opposition to defendants' motion to dismiss.  See ECF No. 36.  Good cause appearing therefor, plaintiff's motion is granted.  Plaintiff may file an opposition to defendants' motion within 30 days of the date of this order.

    IT IS SO ORDERED.

Dated:  April 29, 2020

                     DENNIS M. COTA
                     UNITED STATES MAGISTRATE JUDGE