# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD,<br><br>          Plaintiff,<br><br>     v.<br><br>R. TAN, et al.,<br><br>          Defendants. | No. 2:17-CV-0174-KJM-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for an extension of time to file an opposition to defendants' motion to dismiss. <u>See</u> ECF No. 38. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file an opposition to defendants' motion within 30 days of the date of this order.

        IT IS SO ORDERED.


Dated:  June 4, 2020

                                                                _____
                                                                DENNIS M. COTA
                                                                UNITED STATES MAGISTRATE JUDGE

1